# In the
# Indiana Supreme Court

Kerry J. GREENWELL,
           Appellant,

v.

STATE of Indiana,
           Appellee.

)
)
)
)
)
)
)
)
)

Court of Appeals Cause No.
82A04-0709-PC-524

Vanderburgh Superior Court
Cause No. 82D02-9004-CF-188

**FILED**
NOV – 5 2008

## ORDER DISMISSING PETITION TO TRANSFER

Appellant's petition to transfer is currently pending in this Court. On September 8, 2008, we granted Appellant's motion to vacate an oral argument setting and remanded the case to the trial court so that court could review and, if appropriate, approve the parties' settlement agreement whereby Appellant would withdraw his petition for post-conviction relief in exchange for a modification of his sentence.

Appellant now files a "Verified Motion To Dismiss Petition To Transfer." The motion states that the trial court issued an order approving a negotiated settlement on September 24, 2008, and that the "matter has now been resolved to the agreement of both parties." Appellant requests that his transfer petition be dismissed.

Being duly advised, the Court hereby GRANTS Appellant's Verified Motion. This Appellant's petition to transfer is hereby DISMISSED.

The Clerk is directed to send copies of this order to all counsel of record and to post this order on the Court's website. The Court further directs the Clerk to send a copy of this Order to LexisNexis and to Thomson/West for publication in the bound volumes of this Court's decisions.

Done at Indianapolis, Indiana, this 5th day of Nov., 2008.

Randall T. Shepard
Chief Justice of Indiana

All Justices concur.